**Order entered August 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00909-CV

## IN THE INTEREST OF O.M. AND M.M., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53875-2018**

## ORDER

This is an accelerated appeal from an order appointing a receiver. By letter filed August 15, 2019, court reporter Cindy Bardwell informs the Court no record was taken "on designated date." Accordingly, as the clerk's record has been filed, we **ORDER** appellant to file her brief on the merits no later than September 10, 2019.

/s/    BILL WHITEHILL
       JUSTICE